Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Susan Marie Kuhn

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUSAN MARIE KUHN, | ) | No. 2:22-cv-1835 DB |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR THE AWARD |
| | ) | AND PAYMENT OF ATTORNEY |
| vs. | ) | FEES AND EXPENSES PURSUANT |
| | ) | TO THE EQUAL ACCESS TO |
| MARTIN O'MALLEY, | ) | JUSTICE ACT, 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) | AND COSTS PURSUANT TO 28 |
| | ) | U.S.C. § 1920 |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

TO THE HONORABLE DEBORAH BARNES, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Susan Marie Kuhn ("Kuhn") be awarded attorney fees and expenses in the amount of SEVEN THOUSAND ONE HUNDRED dollars ($7,100.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920.

-1-

1   This amount represents compensation for all legal services rendered on behalf of
2   Plaintiff by counsel in connection with this civil action, in accordance with 28
3   U.S.C. §§ 1920; 2412(d).

4           After the Court issues an order for EAJA fees to Kuhn, the government will
5   consider the matter of Kuhn's assignment of EAJA fees to Law Offices of
6   Lawrence D. Rohlfing, Inc., CPC.  The retainer agreement containing the
7   assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521,
8   2529 (2010), the ability to honor the assignment will depend on whether the fees
9   are subject to any offset allowed under the United States Department of the
10  Treasury's Offset Program.  After the order for EAJA fees is entered, the
11  government will determine whether they are subject to any offset.

12          Fees shall be made payable to Kuhn, but if the Department of the Treasury
13  determines that Kuhn does not owe a federal debt, then the government shall cause
14  the payment of fees, expenses and costs to be made directly to Law Offices of
15  Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by Kuhn.[1]
16  Any payments made shall be delivered to Law Offices of Lawrence D. Rohlfing,
17  Inc., CPC.

18          This stipulation constitutes a compromise settlement of Kuhn's request for
19  EAJA attorney fees, and does not constitute an admission of liability on the part of
20  Defendant under the EAJA or otherwise.  Payment of the agreed amount shall
21  constitute a complete release from, and bar to, any and all claims that Kuhn and/or
22  Steven G. Rosales including Law Offices of Lawrence D. Rohlfing, Inc., CPC may
23  have relating to EAJA attorney fees in connection with this action.

24

25  ─────────────
26  [1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien
    under federal law against the recovery of EAJA fees that survives the Treasury
    Offset Program.

1        This award is without prejudice to the rights of Steven G. Rosales and/or the

2   Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act

3   attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of

4   the EAJA.

5   DATE: April 22, 2024      Respectfully submitted,

6              LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

7               /s/   *Steven G. Rosales*[2]

8        BY: _____

            Steven G. Rosales

9               Attorney for plaintiff Susan Marie Kuhn

10

11  DATED: April 25, 2024

12              E. MARTIN ESTRADA

            United States Attorney

13              DAVID M. HARRIS

            Assistant United States Attorney

            Chief, Civil Division

14              CEDINA M. KIM

            Assistant United States Attorney

15              Senior Trial Attorney, Civil Division

16

17              /s/ *Erin Jurrens*

18              _____

            ERIN JURRENS

            Special Assistant United States Attorney

19              Attorneys for Defendant MARTIN O'MALLEY,

            Commissioner of Social Security

20              (Per e-mail authorization)

21

22

23

24

25  [2] Counsel for the plaintiff attests that all other signatories listed, and on whose

26  behalf the filing is submitted, concur in the filing's content and have authorized the
filing.

-3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED:  April 26, 2024          /s/ DEBORAH BARNES
                                UNITED STATES MAGISTRATE JUDGE