UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MARIE KUHN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:22-cv-01835-SCR<br><br>AMENDED ORDER |

    Before the Court is Plaintiff's motion to amend (ECF No. 25) the Court's prior award of attorney fees. On April 15, 2025, the Court awarded to counsel for Plaintiff $29,075 under § 406(b) and directed counsel to remit to Plaintiff $7,100 for EAJA fees previously paid to counsel by the Commissioner. ECF No. 24 at 5. Plaintiff now seeks to revise the award amount downward based on an adjustment of benefits letter. *See* ECF No. 27-1. The Commissioner does not oppose the motion.

    Under 42 U.S.C. § 406(b)(1)(A), the Court may allow a fee award "not in excess of 25 percent of the total of the past-due benefits to which the claimant is entitled." Plaintiff seeks to reduce the fee award from $29,075 to $28,769.18 because the award of benefits was changed from $116,303.36 to $115,076.70. The Court finds cause to amend the prior order and will award fees in the requested amount of $28,769.18.

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion to amend (ECF No. 25) is GRANTED. The Court's prior order (ECF No. 24) is amended as set forth below.

2. Counsel for Plaintiff is awarded $28,769.18 in attorney's fees under § 406(b); the Commissioner shall certify that amount to be paid to counsel from the funds previously withheld for the payment of such fees; and

3. If counsel has not yet done so, counsel for Plaintiff is directed to remit to Plaintiff the amount of $7,100.00 for EAJA fees previously paid to counsel by the Commissioner.

SO ORDERED:

DATE: September 2, 2025.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE